# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATRICE WILLIAMS<br><br>        Plaintiff(s),<br><br>   v.<br><br>CONTINENTAL AIRLINES<br><br><br>        Defendant(s). | CASE NO:<br>2:13–cv–07660–MMM–JC<br><br><br>ORDER OF DISMISSAL FOR LACK OF PROSECUTION WITHOUT PREJUDICE<br><br>(Pursuant to Local Rule 41) |

On <u>November 12, 2014</u>, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution.

A written response to the Order to Show Cause was ordered to be filed no later than <u>December 1, 2014</u>.

No response having been filed to the Court's Order to Show Cause,

IT IS ORDERED AND ADJUDGED that the above−entitled case is dismissed, without prejudice, for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Local Rule 41.

**IT IS SO ORDERED.**

Dated: December 18, 2014

_____
Margaret M. Morrow
United States District Judge